No. 429. AMER *v.* SUPERIOR COURT OF CALIFORNIA, IN AND FOR THE COUNTY OF LOS ANGELES; and
No. 430. KIM *v.* SUPERIOR COURT OF CALIFORNIA, IN AND FOR THE COUNTY OF LOS ANGELES.

*Per Curiam:* The petition for writs of certiorari is granted. In each case the order denying a petition for writ of prohibition is vacated and the case is remanded to the Su-

preme Court of California in order to enable it to reconsider its ruling in the light of *Shelley* v. *Kraemer* and *McGhee* v. *Sipes*, 334 U. S. 1. Mr. Justice Reed, Mr. Justice Jackson, and Mr. Justice Rutledge took no part in the consideration or decision of these cases. *A. L. Wirin* and *Fred Okrand* for petitioners. *Harold L. Kennedy, Ray C. Eberhard* and *Elisabeth Eberhard Zeigler* for respondent. *Saburo Kido* filed a brief for the Japanese American Citizens League, as *amicus curiae,* supporting the petition.